UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY COBB,<br><br>          Petitioner,<br><br>     v.<br><br>KATHY MENDOZA-POWERS,<br><br>          Respondent. | NO. EDCV 08-1920 JHN (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing petitioner's claims regarding petitioner's exercise of his rights in regard to grooming regulations without prejudice, and dismissing petitioner's claims regarding denial of good time credits and denial of parole with prejudice.

DATED: 1/25/10

JACQUELINE H. NGUYEN
United States District Judge