UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JERRY COBB,

    Petitioner,

v.

KATHY MENDOZA-POWERS,

    Respondent.

NO. EDCV 08-1920 JHN (FFM)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as follows:

(1) the claims regarding petitioner's exercise of his rights in regard to grooming regulations are dismissed without prejudice, and

(2) the claims regarding denial of good time credits and denial of parole are dismissed with prejudice.

DATED: 1/25/10

JACQUELINE H. NGUYEN
United States District Judge